# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | |
|---|---|
| TRACY WALLACE ) | |
|     Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 3:05-CV-180 |
| ) | |
| ) | |
| OAK RIDGE SCHOOLS ) | |
|     Defendant ) | |

## DEFAULT JUDGMENT

The defendant, OAK RIDGE SCHOOLS, having failed to plead or otherwise defend in this action, and default having heretofore been entered; upon application of plaintiff and upon affidavit that defendant is indebted to plaintiff in the principal sum of $ $12,156.25 plus interest thereon; that defendant has been defaulted for failure to appear pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and that the claim is for a sum certain or for a sum which can by computation be made certain; it is hereby

ORDERED, ADJUDGED and DECREED that plaintiff, TRACY WALLACE , recover of the defendant, OAK RIDGE SCHOOLS, the sum of $12,156.25 , plus costs and interest according to law from the date of this judgment until the entire amount is paid.

This judgment is entered by the Clerk at the request of the plaintiff and upon affidavit that said amount is due, in accordance with Rule 55(b)(1) of the Federal Rules of Civil Procedure.

                                                    PATRICIA L. McNUTT
                                                  Clerk of United States District Court

                                                  By: s/Archer
                                                  Deputy Clerk